UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WOJCIECH STARBALA,

        Petitioner,

vs.

        Case No. 10-11968

        HON. GEORGE CARAM STEEH

KATARZYNA MARTA SLODKIEWICZ,

        Respondent.

_____/

## ORDER DIRECTING RESPONDENT TO RETURN MINOR CHILD OS TO HER HABITUAL RESIDENCE OF POLAND

The court entered a temporary restraining order in this matter on May 17, 2010, with the primary purpose of preventing respondent from leaving the jurisdiction of this court, and from removing the minor child. At that time respondent stated her agreement to return to Poland with the minor child in order to submit to the jurisdiction and control of the Polish courts. The court held a hearing on June 14, 2010, at which time the court heard from the petitioner's counsel regarding the facts that have transpired since the last hearing on June 2, 2010. Respondent did not appear, but her interpreter called and informed the court that respondent intended to return to Poland to resolve the legal issues pending in the Polish court. Respondent's travel itinerary was submitted demonstrating her purchase of a non-refundable ticket for airfare for herself and the minor child.

Now, therefore, for the reasons stated on the record,

IT IS HEREBY ORDERED that respondent must leave the United States and return to Poland with the minor child OS on July 4, 2010, as contemplated by the travel

arrangements she has made.  Specifically, respondent has provided travel documents indicating the following flight plan:

Lufthansa Flight 9153: Chicago to Frankfurt, leaving July 4, 2010 at 2:33 pm and arriving 5:45 am on July 5, 2010.

Lufthansa Flight 3300: Frankfurt to Warsaw, leaving July 5, 2010 at 7:40 am and arriving 9:15 am on July 5, 2010.

Respondent shall be permitted to retrieve the passports and travel documents of herself and the minor child from the United States Marshal, United States Courthouse, 231 W. Lafayette, Detroit, MI, 313-234-5600 on July 2, 2010.

IT IS HEREBY FURTHER ORDERED that the provisions of the May 17 temporary restraining order shall remain in place until respondent and the minor child board the plane on July 4, 2010 as scheduled.

IT IS HEREBY FURTHER ORDERED that upon respondent and the minor child arriving in Poland, petitioner's counsel shall notify the court and the case before this court will be dismissed.

IT IS HEREBY FURTHER ORDERED that respondent shall not return to reside in the United States with the minor child without permission of the Polish court.

Should respondent fail to comply with any portion of this order, including failing to complete the travel with the minor child OS as scheduled, she will be subject to a show cause order why she shall not be held in contempt of court.  The court will retain jurisdiction in the event respondent fails to comply with the order.

It is so ordered.

Dated: June 14, 2010

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 14, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk